1  DAVID J. KAMINSKI (SBN 128509)
   KaminskiD@cmtlaw.com
2  STEPHEN A. WATKINS (SBN 205175)
   WatkinsS@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   PENN CREDIT CORPORATION
7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  Mohammad Sarabi, Individually and on        )   CASE NO. 10-cv-01327-LAB-JMA
    Behalf of All Others Similarly Situated,    )
12                                              )   District Judge: Larry Alan Burns
                     Plaintiff,                 )   Magistrate Judge:  Jan M. Adler
13                                              )
          vs.                                   )   **JOINT MOTION RE DISMISSAL OF**
14                                              )   **ENTIRE ACTION AND ALL PARTIES**
    Penn Credit Corporation,                    )
15                                              )
                     Defendants.                )
16                                              )
                                                )
17                                              )
                                                )
18  _____ )

19

20       THIS JOINT MOTION IS BY AND BETWEEN Defendant PENN CREDIT CORPORATION

21  and Plaintiff MOHAMMAD SARABI, Individually and on Behalf of All Others Similarly

22  Situated, through their respective counsel of record.  The parties hereto agree that Plaintiff shall

23  dismiss, with prejudice, his individual action and claims in the above-entitled lawsuit, only,

24  pursuant to FRCP 41(a)(1)(A)(ii). With respect to the class action claims and causes of action

25  asserted in the Complaint, the parties agree that said claims and causes of action shall be dismissed

26  without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

27  / / /

28

                                    1

1    Each party shall bear its/hers/their own costs and expenses.

2

3

4

5    DATED: January ___3/___, 2011          HYDE & SWIGART

6

7                                          By /s/ Joshua B. Swigart_____
8                                             Joshua B. Swigart
                                              Robert L. Hyde
9                                             Attorneys for Plaintiff,
                                              MOHAMMAD SARABI
10

11   DATED: January ___3/___, 2011          KAZEROUNI LAW GROUP

12

13                                         By /s/ Abbas Kazerounian_____
                                              Abbas Kazerounian
14                                            Attorneys for Plaintiff,
                                              MOHAMMAD SARABI
15

16   DATED: January ___3/___, 2011          CARLSON & MESSER LLP

17

18                                         By /s/ David J. Kaminski_____
19                                            David J. Kaminski
                                              Stephen A. Watkins
20                                            Attorneys for Defendant,
                                              PENN CREDIT CORPORATION
21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA )

COUNTY OF LOS ANGELES ) ss.

)

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, CA 90045. I am employed at that address at the firm of Carlson & Messer LLP.

On **January 31, 2011,** I served the foregoing document(s) described as **JOINT MOTION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** on all interested parties in this action by:

**SEE ATTACHED SERVICE LIST**

[] **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[] **BY FACSIMILE**
    I transmitted via telecopier machine such document to the offices of the addressees.

[] **BY PERSONAL SERVICE BY HAND**: I personally served said document(s) on the date set forth below, by personally hand serving the aforementioned document to (See Service List)

[] **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **31st day of January, 2011**, at Los Angeles, California.

_Linda Brooks_
Linda Brooks

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**Mohammad Sarabi v. Penn Credit Corporation**
**06419.00**

Joshua B. Swigart, Esq.                    **Counsel for Plaintiff,**
Tiffany G. Jensen, Esq.                    **MOHAMMAD SARABI**
HYDE & SWIGART
411 Camino Del Rio South
Suite 301
San Diego, CA 92108-3551
Tele: (619) 233-7770
Fax: (619) 297-1022