# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD SARABI, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br> vs.<br>Penn Credit Corporation,<br><br>         Defendant. | CASE NO. 10cv1327-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

The parties have jointly moved to dismiss Plaintiff Sarabi's claims with prejudice and the class claims without prejudice. No class has been certified in this putative class action, so the claims of putative class members are not prejudiced. Pursuant to Fed. R. Civ. P. 41(a), the complaint is therefore **DISMISSED**, and Sarabi's claims are **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and expenses.

**IT IS SO ORDERED**.

DATED: February 3, 2011

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

10cv1327